HOENISCH, Respondent, vs. UNDERWRITERS CASUALTY COMPANY, imp., Appellant.

*April 12—May 9, 1933.*

For the appellant there was a brief by *Stone & Park* of Wausau, and oral argument by *Patrick T. Stone.*

For the respondent there was a brief by *Alfred W. Gerhard* and *Bird, Smith, Okoneski & Puchner,* attorneys, and *Charles F. Smith* of counsel, all of Wausau, and oral argument by *Mr. Gerhard* and *Mr. Smith.*

FRITZ, J.   This case, and the appeal herein, involve the same facts and questions of law as were involved in the companion case of *Ruth L. Suschnick v. Underwriters Casualty Co. et al., ante,* p. 474, 248 N. W. 477, which was tried together with this case and the case of Warren Cater against the same insurer (*post,* p. 484, 248 N. W. 481). The decision filed herewith in the case of *Ruth L. Suschnick v. Underwriters Casualty Co.* also rules this case.

*By the Court.*—Judgment affirmed.